JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DOK ZAINUTDINOV,

     Petitioner,

    v.

ERNESTO SANTACRUZ JR., ETC., ET AL.,

     Respondents.

No. ED CV 26-1810-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is denied and dismissed with prejudice.

DATED: July 1, 2026.

_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE